

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Edward Cox and Theresa Cox, Appellants<br><br>No. 06-20-00078-CV v.<br><br>Franklin Micah May Vanderburg, Premier Land, LLC, and Cecilia Gutierrez De Cruz, Appellees | Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV43881). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's dismissal of the Coxes' claims with prejudice.

We further order that the appellants, Edward Cox and Theresa Cox, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 7, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk